UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW RYAN ELY,<br><br>Defendant. | Case No. 2:18-cr-00308-RFB-DJA<br><br>ORDER TO MODIFY<br>CONDITIONS OF RELEASE |

On April 7, 2021, this court held a Status Conference Hearing in this case.

For the reasons stated at the hearing, **IT IS ORDERED** that Mr. Matthew Ryan's conditions of supervision be modified and imposed the following modifications to conditions of supervision:

1. **Substance Abuse Treatment** – You must participate in an in-patient program. You must follow the rules and regulations of each program up to 90 days. The probation officer will supervise your participation in the program. You must provide the probation officer with access to all counseling and related health material during this in-patient treatment program.

2. **GPS Location Monitoring - Stand Alone** – Condition No. 3 is suspended.

3. **HIPPA Waiver/Release** – You must sign HIPPA Waivers/Releases for probation department.

The Court further Ordered that probation notify the Court once the in-patient treatment has been completed to schedule a status conference hearing as to the next step of programing.

IT IS SO ORDERED this 7th day of April 7, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE